IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL GLOVER,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 06-697-MO

ORDER GRANTING
STIPULATED EAJA FEES,
COSTS AND EXPENSES

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3881.51 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $4.60 in costs and $24.03 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks to Plaintiff in care of her attorneys, Kimberly K. Tucker and James S. Coon, at their address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

    DATED this 6th day of July, 2007.

                                                        /s/ Michael W. Mosman
                                                        United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff